**Fill in this information to identify your case and this filing:**

Debtor 1    Adolfo    M.    Cruz-Juarez
           First Name    Middle Name    Last Name

Debtor 2    Mariana    R.    Chavez-DeCruz
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: District of New Jersey

Case number _____

☒ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☒ Yes. Where is the property?

1.1  **21 Hoover Rd.**
Street address, if available, or other description

Bridgeton    NJ    08302
City    State    ZIP Code

Cumberland
County

**What is the property?** Check all that apply.
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $186,700.00
**Current value of the portion you own?** $186,700.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Joint Tenancy with Right of Survivorship

☐ Check if this is community property (see instructions)

**Other information you wish to add about this item, such as local property identification number:** _____

If you own or have more than one, list here:

1.2  **1152 Bridgeton Millville Pike**
Street address, if available, or other description

Bridgeton    NJ    08302
City    State    ZIP Code

Cumberland
County

**What is the property?** Check all that apply.
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $103,000.00
**Current value of the portion you own?** $103,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Joint Tenancy with Right of Survivorship

☐ Check if this is community property (see instructions)

**Other information you wish to add about this item, such as local property identification number:** _____

Official Form 106A/B          **Schedule A/B: Property**          page **1**

Debtor 1  Adolfo M. Cruz-Juarez                              Case number (*if known*)_____
          First Name  Middle Name  Last Name

|  | | |
|---|---|---|
| 1.3. | 145 Third St.<br>Street address, if available, or other description | **What is the property?** Check all that apply.<br>☒ Single-family home<br>☐ Duplex or multi-unit building<br>☐ Condominium or cooperative<br>☐ Manufactured or mobile home<br>☐ Land<br>☐ Investment property<br>☐ Timeshare<br>☐ Other _____ | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*<br><br>**Current value of the entire property?** $7,000.00<br>**Current value of the portion you own?** $7,000.00<br><br>Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.<br>Fee Simple Ownership |
|  | Chicago      See<br>City  State  ZIP Code<br><br>_____<br>County | **Who has an interest in the property?** Check one.<br>☐ Debtor 1 only<br>☒ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br><br>**Other information you wish to add about this item, such as local property identification number:** _____ | ☐ **Check if this is community property** (see instructions) |

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** …………………………………………………………………………………➔  $296,700.00

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
   ☐ No
   ☒ Yes

| | | | |
|---|---|---|---|
| 3.1. | Make: Chevrolet<br>Model: 3500<br>Year: 1979<br>Approximate mileage: 250,000<br>Other information: | **Who has an interest in the property?** Check one.<br>☒ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br><br>☐ **Check if this is community property** (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.<br>**Current value of the entire property?** $217.00<br>**Current value of the portion you own?** $217.00 |

If you own or have more than one, describe here:

| | | | |
|---|---|---|---|
| 3.2. | Make: Nissan<br>Model: Titan<br>Year: 2005<br>Approximate mileage: 195000<br>Other information: | **Who has an interest in the property?** Check one.<br>☒ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br><br>☐ **Check if this is community property** (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.<br>**Current value of the entire property?** $1,153.00<br>**Current value of the portion you own?** $1,153.00 |

Debtor 1  Adolfo M. Cruz-Juarez  Case number *(if known)*_____
First Name / Middle Name / Last Name

---

**3.3.** Make: Cadillac
Model: Escalade
Year: 2003
Approximate mileage: 200,000
Other information: 

**Who has an interest in the property?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $1,581.00
**Current value of the portion you own?** $1,581.00

---

**3.4.** Make: Nissan
Model: Titan
Year: 2007
Approximate mileage: Unknown
Other information: To be surrendered

**Who has an interest in the property?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $14,334.82
**Current value of the portion you own?** $14,334.82

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☒ No
   ☐ Yes

**4.1.** Make: _____
Model: _____
Year: _____
Other information:

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

**Current value of the entire property?** $_____
**Current value of the portion you own?** $_____

If you own or have more than one, list here:

**4.2.** Make: _____
Model: _____
Year: _____
Other information:

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

**Current value of the entire property?** $_____
**Current value of the portion you own?** $_____

---

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ................................................................➔ $17,285.82

---

Debtor 1  Adolfo  M.  Cruz-Juarez    Case number *(if known)*_____
         First Name  Middle Name  Last Name

### Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples*: Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☒ Yes. Describe......... Misc. household goods and furnishings         $1,000.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☒ Yes. Describe.......... 2 TV's, 1 Ipad, and 2 Cell Phones           $300.00

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☒ No
   ☐ Yes. Describe..........                                              $_____

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☒ No
   ☐ Yes. Describe..........                                              $_____

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☒ No
    ☐ Yes. Describe..........                                             $_____

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☒ Yes. Describe.......... Misc. articles of clothing                  $400.00

12. **Jewelry**
    Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☒ No
    ☐ Yes. Describe..........                                             $_____

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☒ No
    ☐ Yes. Describe..........                                             $_____

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☒ No
    ☐ Yes. Give specific information...............                       $_____

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ................................................................................. →   $1,700.00

Official Form 106A/B                    **Schedule A/B: Property**                    page **4**

Debtor 1  Adolfo M. Cruz-Juarez
         First Name / Middle Name / Last Name

Case number *(if known)*_____

## Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☒ No
    ☐ Yes........................................................................................................................... Cash: $_____

17. **Deposits of money**

    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No
    ☒ Yes.................... Institution name:

    | | | |
    |---|---|---|
    | 17.1. Checking account: | BB&T Bank | $1,800.00 |
    | 17.2. Checking account: | TD Bank | $_____ |
    | 17.3. Savings account: | _____ | $_____ |
    | 17.4. Savings account: | _____ | $_____ |
    | 17.5. Certificates of deposit: | _____ | $_____ |
    | 17.6. Other financial account: | _____ | $_____ |
    | 17.7. Other financial account: | _____ | $_____ |
    | 17.8. Other financial account: | _____ | $_____ |
    | 17.9. Other financial account: | _____ | $_____ |

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☒ No
    ☐ Yes.................  Institution or issuer name:

    _____ $_____
    _____ $_____
    _____ $_____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☐ No
    ☒ Yes. Give specific information about them. .......................

    | Name of entity: | % of ownership: | |
    |---|---|---|
    | 7 Regiones, LLC | 100 % | $0.00 |
    | 7 Regiones | 100 % | $0.00 |
    | _____ | ____ % | $_____ |

Debtor 1  Adolfo M. Cruz-Juarez    Case number (if known)_____
          First Name  Middle Name  Last Name

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☒ No
    ☐ Yes. Give specific information about them. ......

    Issuer name:
    _____ $_____
    _____ $_____
    _____ $_____

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☒ No
    ☐ Yes. List each account separately..

    Type of account:          Institution name:

    401(k) or similar plan:   _____ $_____
    Pension plan:             _____ $_____
    IRA:                      _____ $_____
    Retirement account:       _____ $_____
    Keogh:                    _____ $_____
    Additional account:       _____ $_____
    Additional account:       _____ $_____

22. **Security deposits and prepayments**

    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☒ No
    ☐ Yes...........

    Institution name or individual:

    Electric:                       _____ $_____
    Gas:                            _____ $_____
    Heating oil:                    _____ $_____
    Security deposit on rental unit: _____ $_____
    Prepaid rent:                   _____ $_____
    Telephone:                      _____ $_____
    Water:                          _____ $_____
    Rented furniture:               _____ $_____
    Other:                          _____ $_____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☒ No
    ☐ Yes...........

    Issuer name and description:
    _____ $_____
    _____ $_____
    _____ $_____

Official Form 106A/B                    **Schedule A/B: Property**                    page **6**

Debtor 1  Adolfo M. Cruz-Juarez  Case number *(if known)*_____
         First Name  Middle Name  Last Name

24. **Interests in an education IRA**, **in an account in a qualified ABLE program**, **or under a qualified state tuition program**.
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☒ No
    ☐ Yes ........................... Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

    _____ $_____
    _____ $_____
    _____ $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☒ No
    ☐ Yes. Give specific information about them. .. $_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

    ☒ No
    ☐ Yes. Give specific information about them. .. $_____

27. **Licenses, franchises, and other general intangibles**
    *Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☒ No
    ☐ Yes. Give specific information about them. .. $_____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

    ☐ No
    ☒ Yes. Give specific information about them, including whether you already filed the returns and the tax years. .......... 
    
    $3,808.00; $600.00
    
    Federal: $3,808.00
    State: $600.00
    Local: $_____

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    ☒ No
    ☐ Yes. Give specific information. ............
    
    Alimony: $_____
    Maintenance: $_____
    Support: $_____
    Divorce settlement: $_____
    Property settlement: $_____

30. **Other amounts someone owes you**
    *Examples*: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

    ☒ No
    ☐ Yes. Give specific information. ............ $_____

Debtor 1  Adolfo M. Cruz-Juarez  Case number (*if known*)_____
      First Name  Middle Name  Last Name

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☒ No
    ☐ Yes. Name the insurance company of each policy and list its value. ...

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|
    | _____ | _____ | $_____ |
    | _____ | _____ | $_____ |
    | _____ | _____ | $_____ |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ☒ No
    ☐ Yes. Give specific information. .............  $_____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☒ No
    ☐ Yes. Describe each claim. ....................  $_____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ☒ No
    ☐ Yes. Describe each claim. ....................  $_____

35. **Any financial assets you did not already list**
    ☒ No
    ☐ Yes. Give specific information. ............  $_____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ................................................................................→  $6,208.00

---

**Part 5:   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ☒ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
    ☒ No
    ☐ Yes. Describe.......  $_____

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
    ☒ No
    ☐ Yes. Describe.......  $_____

Debtor 1   Adolfo M. Cruz-Juarez   Case number (*if known*)_____
           First Name  Middle Name  Last Name

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
    ☒ No
    ☐ Yes. Describe....... $_____

41. **Inventory**
    ☒ No
    ☐ Yes. Describe....... $_____

42. **Interests in partnerships or joint ventures**
    ☒ No
    ☐ Yes. Describe.......

    | Name of entity: | % of ownership: | |
    |---|---|---|
    | _____ | _____% | $_____ |
    | _____ | _____% | $_____ |
    | _____ | _____% | $_____ |

43. **Customer lists, mailing lists, or other compilations**
    ☒ No
    ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**
        ☒ No
        ☐ Yes. Describe......... $_____

44. **Any business-related property you did not already list**
    ☒ No
    ☐ Yes. Give specific information .........
    $_____
    $_____
    $_____
    $_____
    $_____
    $_____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** .................................................................................... → $0.00

**Part 6:   Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
**If you own or have an interest in farmland, list it in Part 1.**

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ☒ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
    *Examples*: Livestock, poultry, farm-raised fish
    ☒ No
    ☐ Yes......................... $_____

Official Form 106A/B              **Schedule A/B: Property**                     page **9**

Debtor 1  Adolfo M. Cruz-Juarez    Case number (*if known*)_____
          First Name  Middle Name  Last Name

48. **Crops—either growing or harvested**
    ☒ No
    ☐ Yes. Give specific information. ............    $_____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
    ☒ No
    ☐ Yes........................    $_____

50. **Farm and fishing supplies, chemicals, and feed**
    ☒ No
    ☐ Yes........................    $_____

51. **Any farm- and commercial fishing-related property you did not already list**
    ☒ No
    ☐ Yes. Give specific information. ............    $_____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ⟶    $0.00

### Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☒ No
    ☐ Yes. Give specific information. ............    $_____
                                                        $_____
                                                        $_____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ⟶    $_____

### Part 8: List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** ⟶    $296,700.00

56. **Part 2: Total vehicles, line 5**    $17,285.82

57. **Part 3: Total personal and household items, line 15**    $1,700.00

58. **Part 4: Total financial assets, line 36**    $6,208.00

59. **Part 5: Total business-related property, line 45**    $0.00

60. **Part 6: Total farm- and fishing-related property, line 52**    $0.00

61. **Part 7: Total other property not listed, line 54**    + $0.00

62. **Total personal property.** Add lines 56 through 61. ...........    $25,193.82    Copy personal property total ⟶ + $25,193.82

63. **Total of all property on Schedule A/B.** Add line 55 + line 62. .....................................    $321,893.82

Official Form 106A/B                Schedule A/B: Property                page **10**

# Attachment
# Debtor: Adolfo M. Cruz-Juarez   Case No:

**Attachment 1**

    **Oaxaca, Mexico**

**Fill in this information to identify your case:**

Debtor 1  Adolfo M. Cruz-Juarez
          First Name    Middle Name    Last Name

Debtor 2  Mariana R. Chavez-DeCruz
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: District of New Jersey

Case number _____
(If known)

[X] Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt    04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*
   - [ ] You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   - [X] You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 1152 Bridgeton Millville Pike, Bridgeton, NJ 08302<br>Line from *Schedule A/B*: 1.1 | $103,000.00 | [X] $ 4,361.00<br>[ ] 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: 145 Third St., Chicago, Oaxaca, Mexico<br>Line from *Schedule A/B*: 1.2 | $7,000.00 | [X] $ 7,000.00<br>[ ] 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1), (5) |
| Brief description: 1979 Chevrolet 3500<br>Line from *Schedule A/B*: 3.1 | $217.00 | [X] $ 217.00<br>[ ] 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1), (5) |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)
   - [X] No
   - [ ] Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      - [ ] No
      - [ ] Yes

Official Form 106C            Schedule C: The Property You Claim as Exempt            page 1 of 2

Debtor 1  Adolfo M. Cruz-Juarez  
_First Name_  _Middle Name_  _Last Name_

Case number (*if known*)_____

### Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own (Copy the value from Schedule A/B) | Amount of the exemption you claim (Check only one box for each exemption) | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 2005 Nissan Titan<br>Line from Schedule A/B: 3.2 | $1,153.00 | ☒ $1,153.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| Brief description: 2003 Cadillac Escalade<br>Line from Schedule A/B: 3.3 | $1,581.00 | ☒ $1,581.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| Brief description: Household goods and furnishings<br>Line from Schedule A/B: 6 | $1,000.00 | ☒ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: Electronics<br>Line from Schedule A/B: 7 | $300.00 | ☒ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: Clothes<br>Line from Schedule A/B: 11 | $400.00 | ☒ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: Debtor's Checking Account at BB&T Bank<br>Line from Schedule A/B: 17.1 | $1,800.00 | ☒ $1,800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1), (5) |
| Brief description: 2018 Federal Tax Refund<br>Line from Schedule A/B: 28 | $3,808.00 | ☒ $3,808.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1), (5) |
| Brief description: 2018 State Tax Refund<br>Line from Schedule A/B: 28 | $600.00 | ☒ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1), (5) |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |

Official Form 106C    Schedule C: The Property You Claim as Exempt    page 2 of 2

**Fill in this information to identify your case:**

Debtor 1: Adolfo M. Cruz-Juarez

Debtor 2 (Spouse, if filing): Mariana R. Chavez-DeCruz

United States Bankruptcy Court for the: District of New Jersey

Case number (If known): _____

☒ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   - ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   - ☒ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

|   | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| 2.1 | **Ditech Financial, LLC** (Creditor's Name)<br>ATTN: Claims Department - R218<br>POB 6100<br>Rapid City, SD 57709<br><br>**Who owes the debt?** Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☒ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt<br>Date debt was incurred _____ | Describe the property that secures the claim:<br>1152 Bridgeton Millville Pike, Bridgeton, NJ 08302<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>Nature of lien. Check all that apply.<br>☒ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☐ Other (including a right to offset) _____<br><br>Last 4 digits of account number ___ ___ ___ ___ | $98,639.00 | $103,000.00 | $0.00 |
| 2.2 | **MTGLQ Investors, L.P.** (Creditor's Name)<br>2001 Ross Ave.<br><br>Dallas, TX 75201<br><br>**Who owes the debt?** Check one.<br>☒ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt<br>Date debt was incurred _____ | Describe the property that secures the claim:<br>21 Hoover Rd., Bridgeton, NJ 08302<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>Nature of lien. Check all that apply.<br>☒ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☐ Other (including a right to offset) _____<br><br>Last 4 digits of account number 5 2 3 0 | $239,104.00 | $186,700.00 | $52,404.00 |

**Add the dollar value of your entries in Column A on this page. Write that number here:** $337,743.00

Official Form 106D         Schedule D: Creditors Who Have Claims Secured by Property         page 1 of 3

Debtor 1  __Adolfo M. Cruz-Juarez_____    Case number (*if known*)_____
       First Name   Middle Name   Last Name

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**Part 1:** **Additional Page**
After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

---

**2.3**

**Nissan Motor Acceptance**
Creditor's Name

POB 660360
Number   Street

_____

Dallas             TX   75266
City              State   ZIP Code

**Describe the property that secures the claim:**     $14,334.82     $14,334.82     $0.00

2007 Nissan Titan with Unknown miles.

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** 07/20/2007      **Last 4 digits of account number**  0  4  1  0

---

**2.4**

_____
Creditor's Name

_____
Number   Street

_____

_____
City   State   ZIP Code

**Describe the property that secures the claim:**     $_____     $_____     $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____      **Last 4 digits of account number** ___ ___ ___ ___

---

**2.5**

_____
Creditor's Name

_____
Number   Street

_____

_____
City   State   ZIP Code

**Describe the property that secures the claim:**     $_____     $_____     $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____      **Last 4 digits of account number** ___ ___ ___ ___

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**   $14,334.82

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:**   $352,077.82

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 3

Debtor 1   Adolfo M. Cruz-Juarez
          First Name    Middle Name    Last Name

Case number (*if known*)_____

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| | |
|---|---|
| KML Law Group, PC<br>Name<br><br>216 Haddon Avenue<br>Number    Street<br><br>Ste. 406<br><br>Westmont          NJ       08108<br>City             State    ZIP Code | **On which line in Part 1 did you enter the creditor?** 2.1<br><br>**Last 4 digits of account number** ___ ___ ___ ___ |
| Pluese, Becker & Saltzman, LLC<br>Name<br><br>20000 Horizon Way<br>Number    Street<br><br>Suite 900<br><br>Mt. Laurel        NJ       08054<br>City             State    ZIP Code | **On which line in Part 1 did you enter the creditor?** 2.2<br><br>**Last 4 digits of account number** 5  2  3  0 |

Official Form 106D        Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**        page 3 of 3

**Fill in this information to identify your case:**

Debtor 1  **Adolfo M. Cruz-Juarez**
          First Name    Middle Name    Last Name

Debtor 2  **Mariana R. Chavez-DeCruz**
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: **District of New Jersey**

Case number _____
            (If known)

☒ Check if this is an amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

## Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B*........................................................................  $ **296,700.00**

   1b. Copy line 62, Total personal property, from *Schedule A/B*.............................................................  $ **25,193.82**

   1c. Copy line 63, Total of all property on *Schedule A/B*........................................................................  $ **321,893.82**

## Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D*............  $ **352,077.82**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*...........................  $ **0.00**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*......................  + $ **5,249.00**

   **Your total liabilities**  $ **357,326.82**

## Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* ........................................................  $ **4,630.00**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22, Column A, of *Schedule J*...................................................  $ **4,121.81**

Debtor 1 **Adolfo M. Cruz-Juarez**  Case number (*if known*)_____
    First Name   Middle Name   Last Name

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ☒ Yes

7. **What kind of debt do you have?**

   ☒ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-10 for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.    $ **5,370.61**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

   | From Part 4 on *Schedule E/F*, copy the following: | Total claim |
   |---|---|
   | 9a. Domestic support obligations (Copy line 6a.) | $**0.00** |
   | 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $**0.00** |
   | 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $**0.00** |
   | 9d. Student loans. (Copy line 6f.) | $**0.00** |
   | 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $**0.00** |
   | 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $**0.00** |
   | 9g. **Total.** Add lines 9a through 9f. | $**0.00** |

**Fill in this information to identify your case:**

Debtor 1 __Adolfo M. Cruz-Juarez__
         First Name      Middle Name      Last Name

Debtor 2 __Mariana R. Chavez-DeCruz__
(Spouse, if filing) First Name  Middle Name  Last Name

United States Bankruptcy Court for the: __District of New Jersey__

Case number _____
(If known)

☒ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules  12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No
☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ __/s/Adolfo M. Cruz-Juarez__        ✗ __/s/Mariana R. Chavez-DeCruz__
Signature of Debtor 1                  Signature of Debtor 2

Date __08/14/2019__                    Date __08/14/2019__
    MM / DD / YYYY                         MM / DD / YYYY

Official Form 106Dec       **Declaration About an Individual Debtor's Schedules**       page 1