Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.:  19−17088−ABA
                Chapter:  13
                Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Adolfo M. Cruz−Juarez                         Mariana R. Chavez−DeCruz
   aka 7 Regiones, LLC.                          21 Hoover Rd.
   21 Hoover Rd.                                 Bridgeton, NJ 08302
   Bridgeton, NJ 08302

Social Security No.:
   xxx−xx−2313                                   xxx−xx−2617

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on July 7, 2020.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 7, 2020
JAN: bc

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 19-17088-ABA
Adolfo M. Cruz-Juarez                                                                           Chapter 13
Mariana R. Chavez-DeCruz
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin             Page 1 of 2                  Date Rcvd: Jul 07, 2020
                              Form ID: 148            Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 09, 2020.
```
db/jdb         +Adolfo M. Cruz-Juarez,    Mariana R. Chavez-DeCruz,    21 Hoover Rd.,    Bridgeton, NJ 08302-4266
cr             +Rushmore Loan Management Services,    Friedman Vartolo LLP,    85 Broad Street,    Suite 501,
                 New York, NY 10004-1734
cr             +Rushmore Loan Management Services, LLC as servicer,    Friedman Vartolo, LLP,    85 Broad St,
                 85 Broad St,   New York, NY 10004-2434
518206994      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
518168723      +Capital One Bank, N.A. (POB 71083, Charl,    POB 71083,    Charlotte, North Carolina 28272-1083
518302288      #Ditech Financial LLC,    P.O. Box 12740,    Tempe, AZ 85284-0046
518168725       Ditech Financial, LLC,    ATTN: Claims Department - R218,    POB 6100,
                 Rapid City, South Dakota 57709-6100
518168727      +EOS CCA,    700 Longwater Dr.,    Norwell, Massachusetts 02061-1624
518168728      +KML Law Group, PC,    216 Haddon Avenue,    Ste. 406,    Westmont, New Jersey 08108-2812
518183538     ++LCI,    PO BOX 1931,    BURLINGAME CA 94011-1931
                 (address filed with court: COMCAST,    PO BOX 1931,    Burlingame, CA 94011)
518305517      +MTGLQ Investors, L.P.,    c/o Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
518168729      +MTGLQ Investors, L.P.,    2001 Ross Ave.,    Dallas, Texas 75201-2930
518575440       MTGLQ Investors, L.P. c/o NewRez LLC DBA Shellpoin,    P.O. Box 10826,
                 Greenville, SC  29603-0826
518575441       MTGLQ Investors, L.P. c/o NewRez LLC DBA Shellpoin,    P.O. Box 10826,
                 Greenville, SC  29603-0826,    MTGLQ Investors, L.P. c/o NewRez LLC DBA,    P.O. Box 10826,
                 Greenville, SC  29603-0826
518614308       NewRez LLC d/b/a Shellpoint Mortgage Servicing,    P.O. Box 10826,    Greenville, SC 29603-0826
518614309       NewRez LLC d/b/a Shellpoint Mortgage Servicing,    P.O. Box 10826,    Greenville, SC 29603-0826,
                 NewRez LLC d/b/a Shellpoint Mortgage Ser,    P.O. Box 10826,    Greenville, SC 29603-0826
518272274       Nissan Motor Acceptance,    POB 660366,    Dallas, TX 75266-0366
518168730      +Pluese, Becker & Saltzman, LLC,    20000 Horizon Way,    Suite 900,
                 Mt. Laurel, New Jersey 08054-4318
518834104      +U.S. Bank Trust National Association as,    trustee of Tiki Series IV Trust,
                 c/o Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
518834105      +U.S. Bank Trust National Association as,    trustee of Tiki Series IV Trust,
                 c/o Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-2708,
                 U.S. Bank Trust National Association as 92619-5004
518701357      +c/o Rushmore Loan Management Services LLC,    15480 Laguna Canyon Rd., Suite 100,
                 Irvine, CA 92618-2132
518701358      +c/o Rushmore Loan Management Services LLC,    15480 Laguna Canyon Rd., Suite 100,
                 Irvine, CA 92618,    c/o Rushmore Loan Management Services LL,
                 15480 Laguna Canyon Rd., Suite 100,    Irvine, CA 92618-2132

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 07 2020 23:49:17     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 07 2020 23:49:15     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518168721       E-mail/Text: bncnotices@becket-lee.com Jul 07 2020 23:48:33     Capital Bank/Kohl's,    POB 2983,
                 Milwaukee, Wisconsin 53201-2983
518245220      +EDI: AIS.COM Jul 08 2020 03:18:00     Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
518168722       EDI: CAPITALONE.COM Jul 08 2020 03:18:00     Capital One Bank (USA), N.A.,    POB 71083,
                 Charlotte, North Carolina 28272-1083
518293158       EDI: BL-BECKET.COM Jul 08 2020 03:18:00     Capital One, N.A.,   c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
518168724      +EDI: COMCASTCBLCENT Jul 08 2020 03:18:00     Comcast,   1701 JFK Boulevard,
                 Philadelphia, Pennsylvania 19103-2899
518168726      +EDI: DCI.COM Jul 08 2020 03:18:00     Diversified Consultants,    10550 Deerwood Park Blvd.,
                 #309,    Jacksonville, Florida 32256-2805
518183538       EDI: LCIFULLSRV Jul 08 2020 03:18:00     COMCAST,    PO BOX 1931,   Burlingame, CA 94011
518168732       EDI: NEXTEL.COM Jul 08 2020 03:18:00     Sprint,    6200 Sprint Pkwy.,
                 Overland Park, Kansas 66251
518168731      +EDI: SWCR.COM Jul 08 2020 03:18:00     Southwest Credit System,    4120 International Pkwy #1100,
                 Carrollton, Texas 75007-1958
518168733      +EDI: VERIZONCOMB.COM Jul 08 2020 03:18:00     Verizon Wireless,    POB 26055,
                 Minneapolis, Minnesota 55426-0055
                                                                                                TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0312-1           User: admin                Page 2 of 2                  Date Rcvd: Jul 07, 2020
                               Form ID: 148               Total Noticed: 33

518407063*        Nissan Motor Acceptance Corporation,   P.O. Box 660366,   Dallas, TX 75266-0366
518701983*       +c/o Rushmore Loan Management Services LLC,    15480 Laguna Canyon Rd., Suite 100,
                  Irvine, CA 92618,    c/o Rushmore Loan Management Services LL,
                  15480 Laguna Canyon Rd., Suite 100,    Irvine, CA 92618-2132
518701982*       +c/o Rushmore Loan Management Services LLC,    15480 Laguna Canyon Rd., Suite 100,
                  Irvine, CA 92618-2132
                                                                                            TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 7, 2020 at the address(es) listed below:

```
          Aleisha Candace Jennings    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
           ajennings@rasflaw.com
          Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Jane L. McDonald    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          Jonathan C. Schwalb    on behalf of Creditor    Rushmore Loan Management Services
           bankruptcy@friedmanvartolo.com
          Jonathan C. Schwalb    on behalf of Creditor    Rushmore Loan Management Services, LLC as servicer
           for U.S. Bank Trust National Association as Trustee of the Tiki Series IV Trust
           bankruptcy@friedmanvartolo.com
          Kevin Gordon McDonald    on behalf of Creditor    Ditech Financial LLC kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    MTGLQ INVESTORS, L.P. rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Victor   Druziako    on behalf of Debtor Adolfo M. Cruz-Juarez bkdruziako@aol.com
          Victor   Druziako    on behalf of Joint Debtor Mariana R. Chavez-DeCruz bkdruziako@aol.com
                                                                                             TOTAL: 13
```