| UNITED STATES BANKRUPTCY COURT |
| District of New Jersey |
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| Isabel C. Balboa, Esq. |
| Chapter 13 Standing Trustee |
| Cherry Tree Corporate Center |
| 535 Route 38, Suite 580 |
| Cherry Hill, NJ 08002-2977 |
| (856) 663-5002 |

**Order Filed on July 7, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

ADOLFO M. CRUZ-JUAREZ
MARIANA R. CHAVEZ-DECRUZ

Case No.: 19-17088-ABA

Hearing Date: June 24, 2020  10:00 am

Judge:  Andrew B. Altenburg, Jr.

Chapter: 13

**ORDER OF DISMISSAL**

The relief set forth on the following pages numbered two (2) through two (2) is **ORDERED**.

**DATED: July 7, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 1 of 2

THIS MATTER having come before the court for a hearing on confirmation of the debtor(s) Chapter 13 Plan or Modified Chapter 13 Plan and for good cause shown it is

**ORDERED** that the the above captioned case is hereby dismissed for the following reason(s):

- failure to file a feasible plan, income and/or budget statement
- failure to make all required pre-confirmation payments to the Trustee
- failure to provide all required documents to the Trustee
- failure to provide evidence of income
- failure to resolve Trustee and/or creditor objection

**IT IS FURTHER ORDERED** that pursuant to 11 U.S.C. §349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimant for funds on hand with the Chapter 13 Trustee.

**IT IS FURTHER ORDERED** that the Debtor(s) attorney be and is hereby allowed a fee of $2,750 to be paid from funds on hand with the Chapter 13 Trustee.

**IT IS FURTHER ORDERED** that any Order to Employer to Pay to the Chapter 13 Trustee (wage order) that has been entered in this case is hereby terminated. The employer is authorized to cease wage withholding immediately. The debtor or debtor(s) counsel is hereby authorized to serve this Order upon the appropriate parties.

United States Bankruptcy Court
District of New Jersey

In re:
Adolfo M. Cruz-Juarez
Mariana R. Chavez-DeCruz
    Debtors

Case No. 19-17088-ABA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jul 07, 2020
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2020.
db/jdb        +Adolfo M. Cruz-Juarez,   Mariana R. Chavez-DeCruz,   21 Hoover Rd.,   Bridgeton, NJ 08302-4266

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                 TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2020                                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2020 at the address(es) listed below:
         Aleisha Candace Jennings   on behalf of Creditor   NewRez LLC d/b/a Shellpoint Mortgage Servicing ajennings@rasflaw.com
         Denise E. Carlon   on behalf of Creditor   MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Denise E. Carlon   on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
         Jane L. McDonald    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
         Jonathan C. Schwalb    on behalf of Creditor   Rushmore Loan Management Services bankruptcy@friedmanvartolo.com
         Jonathan C. Schwalb    on behalf of Creditor   Rushmore Loan Management Services, LLC as servicer for U.S. Bank Trust National Association as Trustee of the Tiki Series IV Trust bankruptcy@friedmanvartolo.com
         Kevin Gordon McDonald    on behalf of Creditor   Ditech Financial LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
         Rebecca Ann Solarz    on behalf of Creditor   MTGLQ INVESTORS, L.P. rsolarz@kmllawgroup.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
         Victor   Druziako    on behalf of Debtor Adolfo M. Cruz-Juarez bkdruziako@aol.com
         Victor   Druziako    on behalf of Joint Debtor Mariana R. Chavez-DeCruz bkdruziako@aol.com
                                                                                                              TOTAL: 13